No. 84–1181. NEW YORK v. CLASS. Ct. App. N. Y. [Certiorari granted, 471 U. S. 1003.] Motion of respondent for leave to file a supplemental brief after argument granted.

No. 84–1728. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. D. C. Cir. [Certiorari granted, 472 U. S. 1026.] Motion of respondent American Federation of Government Employees, AFL–CIO, National Council of EEOC Locals, for divided argument denied.

No. 84–1903. POSADAS DE PUERTO RICO ASSOCIATES, DBA CONDADO HOLIDAY INN v. TOURISM COMPANY OF PUERTO RICO ET AL. Sup. Ct. P. R. [Probable jurisdiction postponed, ante, p. 917.] Motion of American Civil Liberties Union for leave to file a brief as amicus curiae granted.

No. 85–88. PAULUSSEN v. HERION. Super. Ct. Pa. [Probable jurisdiction noted, ante, p. 899.] Motion of Neighborhood Legal Services Association for leave to file a brief as amicus curiae granted.

No. 85–473. CARGILL, INC., ET AL. v. MONFORT OF COLORADO, INC. C. A. 10th Cir. Motion of petitioners for leave to submit Rule 28.1 material under seal granted. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 85–541. BARCLAYSAMERICAN/CREDIT, INC. v. QUILLER ET UX.;
No. 85–584. GRANT ET AL. v. GENERAL ELECTRIC CREDIT CORP.; and
No. 85–717. QUILLER ET UX. v. BARCLAYSAMERICAN/CREDIT, INC. C. A. 11th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States. JUSTICE BLACKMUN took no part in the consideration or decision of this order.

No. 85–5487. SMITH v. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. [Certiorari granted, ante, p. 918.] Motion of New Jersey Department of the Public Advocate for leave to file a brief as amicus curiae granted.

No. 85–5304. IN RE WARD. Petition for writ of mandamus denied.